IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALICIA D. AVANT,<br><br>                Plaintiff,<br><br>    vs.<br><br>NANCY BERRYHILL, Acting Commissioner of the Social Security Administration;<br><br>                Defendant. | **8:18CV331**<br><br>**ORDER** |

This matter is before the court on plaintiff's motion to proceed in forma pauperis. Filing No. 3. The court has reviewed the motion and finds it should be granted.

IT IS ORDERED that plaintiff's motion to proceed in forma pauperis, Filing No. 3, is granted.

Dated this 18th day of July, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge